**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:16-CV-521-MOC-DCK**

| | | |
|---|---|---|
| **DEB USA, INC.;  and DEB IP LTD.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CWGC LA INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

        **THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Leave To File

Documents Under Seal" (Document No. 13) filed August 16, 2016.  This motion has been referred

to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is

appropriate.  Having carefully considered the motion and the record, and noting that Plaintiff's

counsel has informed the Court that Plaintiffs do not object, the undersigned will <u>grant</u> the motion.

        **IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Leave To File

Documents Under Seal" (Document No. 13) is **GRANTED**.  The following documents shall be

filed under seal and remain under seal until further order of this Court:  "Memorandum Of Law In

Support Of Defendant's Motion To Dismiss For Lack Of Personal Jurisdiction And Alternative

Motions To Transfer" (Document No. 16); and "Declaration Of Peter X. Bai" (Document No. 18).

        **SO ORDERED.**

                  Signed: August 29, 2016

                  David C. Keesler
                  United States Magistrate Judge