UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00521-MOC-DCK

| | | |
|---|---|---|
| **DEB USA, INC.** <br> **DEB IP LTD.,** | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | **ORDER** |
| **CWGC LA INC.,** | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiffs' Motion to File Documents Under Seal (#29). The court has considered the motion and the record. In its accompanying Memorandum of Law (#30), plaintiffs' counsel has informed the court that defendant does not object to this motion. It is the understanding of this court that the requested documents will be shared in un-redacted form with defendant's counsel pursuant to an agreement between the parties.

**ORDER**

**NOW, THEREFORE, IT IS ORDERED** that the plaintiffs' Motion to File Documents Under Seal (#29) is **GRANTED.** The following documents shall be filed under seal and remain under seal until further order of the court: "Memorandum of Law in Opposition to Defendant's Motion to Dismiss or Transfer" (#23), "Affidavit of Isabell Faivre and attached Exhibits" (#26), and "Memorandum of Law in Support of its Motion for Jurisdictional Discovery" (#25).

Signed: September 20, 2016



Max O. Cogburn Jr.
United States District Judge