IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-521-MOC-DCK

| | |
|---|---|
| DEB IP LTD., a company organized and existing under the laws of England, and DEB USA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CWGC LA INC., a California corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 48) filed by Larry McDevitt, concerning Bub-Joo S. Lee on January 9, 2017. Mr. Bub-Joo S. Lee seeks to appear as counsel *pro hac vice* for Defendant CWGC LA, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 48) is **GRANTED.** Mr. Bub-Joo S. Lee is hereby admitted *pro hac vice* to represent Defendant CWGC LA, Inc.

**SO ORDERED**.

Signed: January 9, 2017

David C. Keesler
United States Magistrate Judge