**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:16-CV-521-MOC-DCK**

| | | |
|---|---|---|
| **DEB USA, INC.;  and DEB IP LTD.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **CWGC LA INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Leave To File Documents Under Seal" (Document No. 59) filed January 31, 2017.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and noting Plaintiff's counsel has no objection to the motion, the undersigned will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Leave To File Documents Under Seal" (Document No. 59) is **GRANTED**.

      **IT IS FURTHER ORDERED** that the following Documents be deemed filed under seal effective the date of the original unsealed filing on January 27, 2017:

    1.   Third Supplemental Declaration of Peter Bai (Document No. 55);

    2.   Declaration of Lee Sherrell with Exhibit A (Document No. 56);

    3.   Declaration of Greg Bredice (Document No. 57); and

    4.   Declaration of Bub-Joo Lee with Exhibit A (Document No. 58).

The Court notes and approves the designation of said documents as "Attorneys' Eyes Only;" the documents may not be disclosed to the Party Plaintiffs pending further Orders of this Court.

**SO ORDERED.**

Signed: February 1, 2017

David C. Keesler
United States Magistrate Judge